# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

**DEBBIE ANN BERG**

    **Plaintiff,**

    v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

    **Defendant.**

Case No. 8:17-cv-02026-JVS-JDE

**ORDER**

AND NOW, on this 25th day of February, 2019, upon consideration of the Parties' Stipulation of Dismissal, this matter is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

                              **SO ORDERED:**

Dated: February 25, 2019

_____
Honorable James V. Selna
United States District Judge